UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTINA STELMAN** ) | |
| ) | **Case Number: 09-cv-1503** |
| **Plaintiff** ) | |
| ) | **CIVIL COMPLAINT** |
| **vs.** ) | |
| ) | |
| **ALLIANCEONE RECEIVABLES** ) | |
| **MANAGEMENT, INC.** ) | **JURY TRIAL DEMANDED** |
| ) | |
| ) | |
| **Defendant** ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 2nd day of July, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.


Warren & Vullings, LLP


BY: __/s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff



Marshall Dennehey Warner Coleman & Goggin


BY: __/s/ Andrew M. Schwartz
    Andrew M. Schwartz, Esquire
    Attorney for Defendant